**FILED**

NOV 9 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-430-PMP-(GWF) |
| ) | |
| ANN HILTON, aka ANN ONION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On November 9, 2012, defendant ANN HILTON, aka ANN ONION pled guilty to Count Two of a Three-Count Superseding Criminal Indictment charging her in Count Two with Wire Fraud in violation of Title 18, United States Code, Section 1343. Superseding Criminal Indictment, ECF No. 5; Plea Memorandum, ECF No. ___.

This Court finds that ANN HILTON, aka ANN ONION shall pay a criminal forfeiture money judgment of $480,400.97 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from ANN HILTON, aka ANN ONION a criminal forfeiture money judgment in the
3  amount of $480,400.97 in United States Currency.
4  DATED this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE