UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:11-CR-00430-PMP-GWF |
| v. | ) | |
| ANN HILTON, | ) | |
| Defendant. | ) | ORDER |

IT IS ORDERED that the Court will hold a hearing on Defendant Ann Hilton's Motion for Bail Pending Appeal (Doc. #56) on Monday, July 8, 2013 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Defendant Ann Hilton shall be present at the July 8, 2013 hearing.

DATED:  June 24, 2013

PHILIP M. PRO
United States District Judge